IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| WHITNEY WILBUR, an individual,<br><br>    Plaintiff,<br>v.<br><br>FIVE DIAMOND HOSPITALITY, INC.,<br>d/b/a TUSCANY, a Utah corporation,<br><br>    Defendant. | **ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Case No. 2:22-cv-00409-RJS-DAO<br><br>Chief Judge Robert J. Shelby<br><br>Magistrate Judge Daphne A. Oberg |

Before the court is the parties' Stipulated Motion to Dismiss (Stipulation).[1] The Stipulation states that the parties "have settled and resolved in full all of their claims in this case."[2] They have moved the court to dismiss all claims, "with prejudice and on the merits, with each party to bear their own costs and fees."[3] Accordingly, the case is hereby DISMISSED WITH PREJUDICE. The Clerk of Court is directed to close the case.

SO ORDERED this 10th day of February, 2023.

BY THE COURT:

_____
ROBERT J. SHELBY
United States Chief District Judge

---

[1] Dkt. 23.

[2] Id.

[3] Id.